IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-

CAUSE NO. A-09-CR-087-SS

EDWIN MEJIA (3)

## ORDER

BE IT REMEMBERED on July 10, 2009, the undersigned sentenced Edwin Mejia to a term of ONE HUNDRED TWENTY (120) MONTHS in the custody of the United States Bureau of Prisons. The United States Probation Officer had recommended an advisory guideline range of 168 to 210 months, and therefore, Mr. Mejia's sentence was a variance pursuant to 18 U.S.C. § 3553(a).

Mr. Mejia is thirty-two years old and was brought to the United States from San Salvador when he was six years of age. He has no criminal history (zero criminal history points) and he has worked for Wal-Mart in excess of twenty years. In all likelihood he will be deported to San Salvador when he completes his sentence.

Mr. Mejia's involvement in this case was that he was a friend of co-defendant Michael James, who asked him if he knew or could find someone who could provide two pounds of methamphetamine (ice). He knew Mr. James was in financial difficulty and wanted to assist him and, therefore, asked around to some of the Mexican bars he frequented. He found co-defendant Pablo Merlan who had the ability to obtain two pounds of methamphetamine (ice) "fronted." There is no evidence Mr. Mejia used drugs and his only motivations were friendship with James and

perhaps some compensation. His involvement was certainly less culpable than co-defendant James who received 120 months and/or co-defendant Merlan who received 193 months.

Mr. Mejia has supported his family all of these years and has lived a responsible life. He has many friends, and his employer was willing to re-employ him because of his work record, not knowing he was illegally in the United States.

The consideration of the nature and circumstances of this offense and the history and characteristics of this defendant establish that there is no need to protect the public from further crimes of this defendant and that a sentence of 120 months is a sufficient but not greater than necessary sentence under the circumstances.

IT IS SO ORDERED.

SIGNED this the 10th day of July 2009.

_____
UNITED STATES DISTRICT JUDGE